

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE:  ALBERTO ALVAREZ, | § | No. 08-13-00349-CR |
| | § | AN ORIGINAL PROCEEDING IN |
| Relator. | § | HABEAS CORPUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's writ of habeas corpus, and concludes the Relator's writ of habeas corpus should be dismissed for want of jurisdiction.  We therefore dismiss the writ of habeas corpus for want of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 22ND DAY OF NOVEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.